UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES A. JENKINS,

    Plaintiff,

  v.

KATHLEEN MICKS, et al.,

    Defendants.

Case No.  14-cv-03522-NJV   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/8/2014, I SERVED a true and correct copy(ies) of Document 17, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James A. Jenkins
P. O. Box 658
Blue Lake, CA 95525

Dated: 9/8/2014

Richard W. Wieking
Clerk, United States District Court

By:_____/s/_____
Linn Van Meter, Law Clerk to the
Honorable NANDOR J. VADAS