UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES A. JENKINS,

    Plaintiffs,

  v.

KATHLEEN MICKS, et al.,

    Defendants.

Case No. 14-cv-03522-NJV

**ORDER RE HEARING ON MOTION TO DISMISS**

Re: Dkt. No. 20

    Defendants have filed a Motion to Dismiss which is set for hearing October 21, 2014. (Doc. 20.) This matter will be heard telephonically. The parties shall appear by dialing 888-684-8852, and entering access code 1868782.

    **IT IS SO ORDERED**.

Dated: October 7, 2014

_____

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. JENKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN MICKS, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03522-NJV<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 10/7/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James A. Jenkins
P. O. Box 658
Blue Lake, CA 95525


Dated: 10/7/2014

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court



　　　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Linn Van Meter, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS