Wayne H. Maire, State Bar No. 88850
Patrick L. Deedon, State Bar No.: 245490
Collin M. Bogener, State Bar No. 272560
**MAIRE BURGESS & DEEDON**
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)

Attorney(s) for Defendants,
ACTING DISTRICT ATTORNEY KATHLEEN MICKS &
DEL NORTE SHERIFFS DEPUTIES JOHN DOES #1-20

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| JAMES A. JENKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ACTING DISTRICT ATTORNEY KATHLEEN MICKS & DEL NORTE SHERIFFS DEPUTIES JOHN DOES #1-20,<br><br>    Defendants.<br>_____ / | CASE NO.:   1:14-cv-03522-NJV<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Defendants, by their attorney, Patrick L. Deedon, request to appear telephonically at the Case Management Conference for hearing on November 4, 2014 at 2:00 p.m. in Courtroom 205A, is granted.

    IT IS SO ORDERED.

Dated:  October 28, 2014                               _____
                                                                            JUDGE NANDOR J. VADAS

Maire Burgess & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

_____ PAGE 1
**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**