**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES A. JENKINS, | No. 1:14-CV-3522 (NJV) |
| Plaintiff, | ORDER TAKING MATTER UNDER SUBMISSION |
| v. | (Doc. 38) |
| KATHLEEN MICKS, ACTING DISTRICT ATTORNEY, et al., | |
| Defendants. | |

Defendants have filed a Motion to Dismiss, which is set for hearing before the court on February 10, 2015. (Doc. 38.) The matter is fully briefed. Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and takes the matter under submission. The matter will be decided on the papers.

IT IS SO ORDERED.

Dated: January 30, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES A. JENKINS, | No. 1:14-CV-3522 NJV |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| KATHLEEN MICKS, ACTING DISTRICT ATTORNEY, et al., | |
| Defendants. | |

    I, the undersigned, hereby certify that on January 30, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

James A. Jenkins
P. O. Box 658
Blue Lake, CA 95525


/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas